UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER ON MOTION FOR** |
| | : | **REDUCTION OF SENTENCE** |
| -against- | : | **UNDER 18 U.S.C. §3582(c)(1)(A)** |
| | : | **(COMPASSIONATE RELEASE)** |
| Robert Darin Crute, | : | |
| | : | **Docket No. 14-cr-69** |
| Defendant. | : | **USMS No.   25646-083** |

-------------------------------------------------------x

**Dora L. Irizarry, United States District Judge:**

Upon motion of the defendant for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), and, upon the consent of the Government and due consideration of the applicable factors set forth in 18 U.S.C. § 3553(a) as well as the applicable policy statements issued by the United States Sentencing Commission to the extent they are relevant as to whether a reduction is warranted (and, if so, the amount of the reduction),

It hereby is ORDERED that the motion is GRANTED.  Defendant's previously imposed sentence of imprisonment for violations of supervised release is reduced to **time served** on Charges 1 and 5, which shall run concurrently with each other**.**  Defendant shall be released from the Bureau of Prisons immediately, pursuant to the health and safety protocols relating to the COVID-19 pandemic.  Any additional custody necessary to comply with COVID-19 health and safety protocols shall not exceed fourteen (14) days from the date of this Order, unless otherwise extended by the Court.

SUPERVISED RELEASE

The Court is satisfied that an appropriate release plan is in place.  Defendant is released subject to a term of supervised release NOT TO EXCEED the date of July 16, 2022.  Defendant shall be subject to the usual mandatory conditions of supervised release and the following special conditions of supervised release:

1. Defendant shall not possess a firearm, ammunition or destructive device. Defendant is to be admonished that, as a convicted felon, he is prohibited from possessing a firearm and may be subject to federal criminal prosecution for possession of a firearm.

2. Defendant shall be randomly drug tested to insure abstinence from drugs and alcohol. If the U.S. Department of Probation determines that drug treatment is necessary, Defendant must participate in an outpatient drug treatment program approved by the U.S. Probation Department. The defendant must contribute to the costs of such treatment not to exceed an amount determined reasonable by the Probation Department's Sliding Scale for Substance Abuse Treatment Services and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid. The defendant must disclose all financial information and documents to the Probation Department to assess his or her ability to pay. The defendant must not consume any alcohol or other intoxicants during and after treatment, unless granted a prescription by a licensed physician and proof of same is provided to the Probation Department. The defendant must submit to testing during and after treatment to ensure abstinence from drugs and alcohol.

3. Defendant shall maintain lawful, verifiable employment and/or enroll in an educational/or vocational program.

The Government is directed to serve this Order on the Bureau of prisons forthwith.

SO ORDERED.

DATED: Brooklyn, NY
February 25, 2021

_____/s/_____
UNITED STATES DISTRICT JUDGE